# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 17, 2020

## NO. 03-19-00524-CV

**Gentle Touch Dentistry and Vida Tahmoresi, Appellants**

**v.**

**Diana Lynn Wolbrueck, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF BELL COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES BAKER AND TRIANA**
**REVERSED AND RENDERED -- OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the judgment signed by the county court on July 3, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the county court's judgment. Therefore, the Court reverses the judgment and renders judgment dismissing Wolbrueck's claim/suit with prejudice. Each party shall bear its own costs relating to this appeal, both in this Court and in the court below.